UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL ANGEL SANCHEZ, | ) | NO. CV 22-7723 JFW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| A. ROBLES, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: APRIL 21, 2023

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE