UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL ANGEL SANCHEZ, | ) | NO. CV 22-7723 JFW (KS) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| A. ROBLES, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the February 28, 2023 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment be entered dismissing this action without prejudice for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED:   APRIL 21, 2023

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE